

**Toni Fujinaga/HID/09/USCOURTS**
12/23/2005 09:33 AM

To: Susan Mollway/HID/09/USCOURTS, Joni Gross/HID/09/USCOURTS, HIDml_CR Notice Group
cc:
bcc:
Subject: CR 05-00221SOM  USA vs. Alvaro Varela

Jury Selection/Trial set for 1/18/06 @ 9:00 a.m. SOM is continued to 2/28/06 @ 9:00 a.m. SOM.

Motion to Withdraw Not Guilty Plea and to Plead Anew is set for 2/9/06 @ 2:15 p.m. SOM.

Notified: Lawrence Tong AUSA and Alan Warner.

Mr. Tong to prepare the stipulation to continue and to exclude time.

Submitted by:

Toni Fujinaga
Courtroom Manager to the
Honorable Susan Oki Mollway
Ph: 541-1297

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2005

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK