# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR05-00221SOM
CASE NAME:         USA v. Alvaro Varela
ATTYS FOR PLA:     Larry Tong
ATTYS FOR DEFT:    William Domingo for Alan Warner
INTERPRETER:

JUDGE:     Kevin S.C. Chang           REPORTER:    FTR C5
DATE:      2/9/2006                   TIME:        2:40-3:03:12pm

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

Court questioned and defendant states that he has no problem with Mr. Domingo standing in for Alan Warner.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 6/1/06 at 2:15 p.m. before Judge Mollway.

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager