ORIGINAL

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    4532
Chief Major Crimes

LAWRENCE L. TONG    3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALVARO VARELA, )<br>)<br>Defendant. )<br>) | CR. NO. 05-00221 SOM<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant

to Rule 32, Fed.R.Crim.P.  I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 9, 2006, at Honolulu, Hawaii.

_____
ALVARO VARELA
Defendant


_____
ALAN G. WARNER
Attorney for Defendant


APPROVED:

_____
LAWRENCE L. TONG
Assistant U.S. Attorney