EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG     #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00221 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| ALVARO VARELA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The United States has no objections to the proposed presentence report.  Pursuant to United States Sentencing Guidelines section 3E1.1(b)(2), the government moves for a one-

level reduction in defendant's offense level for early acceptance of responsibility.

        Dated: Honolulu, Hawaii, April <u> 26 </u>, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              <u>/s/ Lawrence L. Tong          </u>
                              LAWRENCE L. TONG
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served by first class mail:    April 26, 2006

Alan G. Warner, Esq.
The Garden Grotto
2175 Kauhikoa Rd
Haiku, HI 96708

Attorney for Defendant
ALVARO VARELA

Served by hand delivery:    April 26, 2006

U.S. Probation Office
300 Ala Moana Blvd., Room 2215
Honolulu, HI   96850

DATED:  Honolulu, Hawaii, April 26, 2006.

/s/ Janice Tsumoto