ALAN G. WARNER, ESQ.     #7201
27814 NE 149th Court
Duvall, Washington 98019
Ph. 808.283.2859

Attorney for Defendant
ALVARO VARELA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 05 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALVARO VARELA,<br><br>  Defendant. | CR. NO. 05-00221 SOM<br><br>DEFENDANT ALVARO VARELA'S<br>SENTENCING STATEMENT<br>CERTIFICATE OF SERVICE |

## DEFENDANT ALVARO VARELA'S SENTENCING STATEMENT

Defendant ALVARO VARELA, through counsel Alan G. Warner, Esq objects to and/or requests the following changes to the draft Presentence Investigation Report:

1.    Page 9-10, Paragraph 28-29:    There is no evidence that Mr. Varela trafficked in child pornography, attempted to traffic in child pornography or intended to traffic in child pornography. The appropriate U.S.S.G.Sec. is 2G2.4 base offense level is 15 not 17.

2    Page 10, Paragraph 31:    As stated in defendants objection to Ph. 29 there is no evidence that the defendant distributed anything further to enhance him here and in Ph. 29 would be duplicative. Defendant objects to the 2 point enhancement.

3.  Page 10, Paragraph 32: That evidence is not before the court and even if it where before this court there is no evidence that the defendant sought out that type of material or even knew he was in position of it. With Lime wire you down load files based on file names and look at them later if you so choose. Further there must be the intentional infliction of pain during the sexual act. Defendant object to the 4 point enhancement.

4.  Page 11, Paragraph 33 and 34: a computer was used but that fact does not increase the criminality of the offense, to the contrary it should decreases it. Computers are in every home and office. Access to phonograph is easy and requires less effort than any time in history. The defendant was surprised to learn he had that many images in his possession. The problem is the method of collection. The computer was used and the files /images where down loaded before viewing and many of the images where never viewed by the defendant. Defendant objects to the 2 and 5 point enhancements Defendants Adjusted Offense level should be 16.

DATED:   Duvall, Washington, May 2, 2006.

_____
ALAN G. WARNER, ESQ.

Attorney for Defendant
ALVARO VARELA

ALAN G. WARNER, ESQ.    #7201
27814 NE 149th Court
Duvall, Washington 98019
Ph. 808.283.2859

Attorney for Defendant
ALVARO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 05-00221 SOM |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ALVARO VARELA, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT ALVARO VARELA'S SENTENCING STATEMENT was served upon the following persons by Fax and U.S. mail, postage prepaid, on the date reflected below.

LAWRENCE L. TONG
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

NEIL W. TSUKAYAMA
U.S. Probation Office
300 Ala Moana Boulevard
Honolulu, HI 96850

DATED:    Duvall, Washington, May 2, 2006.

_____
ALAN G. WARNER, ESQ.