ALAN G. WARNER, ESQ.   #7201
27814 NE 149th Court
Duvall, Washington 98019
Ph. 808.283.2859

Attorney for Defendant
ALVARO VARELA

LODGED
MAY 1 9 2006
3:10 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VARELA,<br><br>Defendant. | CR. NO. 05-00221 SOM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Old Date: June 1, 2006<br>New Date: July 31, 2006<br>Time: 1:30 p.m.<br>Judge: Susan Oki Mollway |

STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS STIPULATED by and between the United States of America, through its attorney of record, Lawrence L. Tong, Assistant United States Attorney, and the Defendant ALVARO VARELA, through counsel Alan G. Warner, Esq, that the sentencing of the Defendant be continued from June 1, 2006 to July 31, 2006 at 1:30 p.m. in the courtroom of the Honorable Susan Oki Mollway, United States District Court Judge for the District of Hawaii.

This continuance of the sentencing in this matter is mandated by a conflict in the schedule of counsel.

DATED: Duvall, Washington, May 15, 2006.

_[signature]_
ALAN G. WARNER, ESQ.
Attorney for Defendant
ALVARO VARELA

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _[signature]_
LAWRENCE L. TONG
Assistant U.S. Attorney

IT IS APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, 5/22/06

_[signature]_
SUSAN OKI MOLLWAY
United States District Court Judge

United States v. Alvaro Varela
Cr. No. 05-00221 SOM
"Stipulation to Continue Sentencing; Order"