ALAN G. WARNER, ESQ.    #7201
27814 NE 149th Court
Duvall, Washington 98019
Ph. 808.283.2859

Attorney for Defendant
ALVARO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 05-00221 SOM |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTION OF APPOINTED COUNSEL; CERTIFICATE OF SERVICE |
| v. | |
| ALVARO VARELA, | Sentencing Date: July 31, 2006 |
| Defendant. | Time: 1:30 p.m. |
| | Judge: Susan Oki Mollway |

MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTION OF
APPOINTED COUNSEL

Defendant ALVARO VARELA, through counsel Alan G. Warner, Esq requests this court allow retained counsel to withdraw as counsel in this matter and to appoint The Office of the Federal Public Defender as substitute counsel in the above entitled case.

The basis for this request is more fully set forth in the attached affidavit of counsel Alan G. Warner.

DATED:   Duvall, Washington, June 22, 2006.

By: _____
ALAN G. WARNER, ESQ.
Withdrawing Counsel

DATED:   Makawao, Hawaii, June _____, 2006.

_____
ALVARO VARELA
Defendant

IT IS APPROVED AND SO ORDERED:
DATED:  Honolulu, Hawaii,   7/5/06

_____
SUSAN OKI MOLLWAY
United States District Court Judge

United States v. Alvaro Varela
Cr. No. 05-00221 SOM
"MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTION OF APPOINTED COUNSEL;
Order"