ALAN G. WARNER, ESQ.    #7201
27814 NE 149th Court
Duvall, Washington 98019
Ph. 808.283.2859

Attorney for Defendant
ALVARO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 05-00221 SOM |
|---|---|
| Plaintiff, | DECLARATION OF ALAN G. WARNER, ESQ. |
| v. | |
| ALVARO VARELA, | |
| Defendant. | |

### DECLARATION OF ALAN G. WARNER, ESQ.

1. I am an attorney licensed to practice law in the State of Hawaii and am the attorney representing the Defendant in the above-entitled case.

2. On or about July 1st 2005 Alvaro Varela entered into a retainer agreement with Alan G. Warner wherein Mr. Varela agreed to pay me a retainer and an hourly rate for my representation of him in the above matter.

3. Due to the State of Hawaii seizing Mr. Varela's pay checks over the past several months for back taxes, he has been unable to meet his obligations under the terms of the retainer agreement. (See Defendants presentence report)

4. Mr. Varlea is in the arrears under the terms of the retainer agreement to me for several thousand dollars.

5. More importantly, Mr. Varela as the court is aware, entered a conditional plea that entitles him to appeal certain issues in the courts denial of his motion to suppress.

6. Mr. Varela is without funds to retain counsel for his appeal and would almost certainly be entitled to appointed counsel at this point to represent him in this matter.

7. To assure a timely and seamless transition of counsel and to assure that his appeal rights are not endangered I request to withdraw as counsel and to have The Office of the Federal Public Defender appointed as substitute counsel in the above entitled case.

8. If this court deems that a hearing is necessary I request that the court set the hearing in an expedious manner and that I be allowed to attend by phone. My Telephone. Number is (808) 283-2859.

THE FOREGOING STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AT THIS TIME, UNDER PENALTY OF PERJURY.

DATED:    June 22, 2006.

_____
Alan G. Warner, Esq.