IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 05-00221 SOM |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ALVARO VARELA, | |
| Defendant. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the person(s) listed below by U.S. Mail on the date listed below.

LAWRENCE L. TONG
Assistant U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

The Office of the Federal Public Defender
Prince Kuhio Federal Bld.
300 Ala Moana Blvd.,
Honolulu, HI 96813

DATED: Honolulu, Hawaii, June 27, 2006.

Alan G. Warner.