# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00221SOM

CASE NAME:       USA vs. ALVARO VARELA

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     07/13/2006                   TIME:

---

COURT ACTION:  EO: On 7/5/06, the Court inadvertently Appointed the Office of the Federal Public Defender as counsel for Defendant.

On 7/20/05, the Court had already allowed the Office of the Federal Public Defender to Withdraw as counsel for Defendant.

Therefore, CJA Counsel will be appointed as counsel for Defendant.

Submitted by: Warren N. Nakamura, Courtroom Manager