ORIGINAL



JUL 18 2006

at 2 o'clock and 40 min. PM
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. ALVARO VARELA                    CRIMINAL NO. 05-00221SOM-01

Petition for Action on Conditions of Pretrial Release

COMES NOW CAROLYN L.K. HALL, Senior U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant ALVARO VARELA, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since June 17, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

> Pursuant to 18 U.S.C. § 3145 (a), Pretrial Services asks that the Court review a release order.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth for a Bail Review Hearing.

ORDER OF COURT

Considered and ordered this 18th day of July, 2006 and ordered filed and made a part of the records in the above case.

SUSAN OKI MOLLWAY
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 18, 2006

CAROLYN L.K. HALL
Senior U.S. Pretrial Services Officer

Place: Honolulu, Hawaii