# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00221SOM

CASE NAME: USA vs. ALVARO VARELA

ATTYS FOR PLA: Lawrence L .Tong

ATTYS FOR DEFT: William M. Domingo

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
|---|---|---|---|
| DATE: | 07/27/2006 | TIME: | 10:54-11:09 |

COURT ACTION:  EP: Bail Review Hearing - Defendant present, not in custody.

Arguments heard. Court findings made. Defendant's Pretrial Release is Revoked. Defendant allowed to self-surrender to the US Marshals Office before 12 Noon today.

Submitted by: Warren N. Nakamura, Courtroom Manager