**ORIGINAL**

THE LAW OFFICE OF WILLIAM M. DOMINGO

WILLIAM M. DOMINGO #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
ALVARO VARELA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 28 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED
NOV 21 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05-00221 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING DATE |
| vs. | ) | |
| | ) | |
| ALVARO VARELA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION AND ORDER
TO CONTINUE SENTENCING DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant ALVARO VARELA'S sentencing date currently set

for November 16, 2006 at 2:15 p.m. be and is hereby continued to December 14,

2006, at 10:30 a.m. before Judge Susan Oki Mollway.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, November 20, 2006.

_____
WILLIAM M. DOMINGO
Attorney for Defendant
ALVARO VARELA

_____
LAWRENCE L. TONG
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 11/27/06.

_____
The Honorable SUSAN OKI MOLLWAY
United States District Judge
District of Hawaii

UNITED STATES v. ALVARO VARELA
CR. NO. 05-00221 SOM
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE