THE LAW OFFICE OF WILLIAM M. DOMINGO

WILLIAM M. DOMINGO  #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
ALVARO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 05-00221 SOM |
| | ) |
| Plaintiff, | ) MOTION FOR WITHDRAWAL |
| | ) AND SUBSTITUTION OF |
| vs. | ) COUNSEL |
| | ) |
| ALVARO VARELA, | ) DATE: |
| | ) TIME: |
| Defendant. | ) JUDGE: The Honorable Barry M. |
| | )        Kurren |

**NOTICE OF MOTION**

TO:   EDWARD H. KUBO, JR.
       United States Attorney
       District of Hawaii

CLARE CONNORS
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable BARRY M. KURREN, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006, at _____, or as soon as counsel may be heard.

THE LAW OFFICE OF WILLIAM M. DOMINGO
WILLIAM M. DOMINGO  #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
 ALVARO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00221 SOM |
|  | ) |  |
| Plaintiff, | ) | MOTION FOR WITHDRAWAL |
|  | ) | AND SUBSTITUTION OF |
| vs. | ) | COUNSEL |
|  | ) |  |
| ALVARO VARELA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW the defendant, ALVARO VARELA, through counsel, WILLIAM M. DOMINGO, and moves this Honorable Court to allow him to withdraw as counsel and for the appointment of another CJA panel counsel for the

reason that there is a conflict of the attorney-client relationship, as set forth in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, December 7, 2006.

                                              _/s/ William M. Domingo_
                                              WILLIAM M. DOMINGO
                                              Attorney for Defendant
                                              ALVARO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00221 SOM |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| ALVARO VARELA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF COUNSEL**

I, WILLIAM M. DOMINGO, hereby declare as follows:

1. That I am counsel for defendant, ALVARO VARELA, having been appointed pursuant to the Criminal Justice Act.

2. On December 6, 2006, I met with defendant at the Federal Detention Center at which time defendant wanted to discuss the issue of the possibility of withdrawing his guilty plea.

3. I explained to Mr. Varela that I had a conflict regarding this issue because I stood in for Mr. Warner at his change of plea and accompanied him to the probation interview and that he needed to have new counsel appointed

to fully explore the issues involved in a possible motion to withdraw his guilty plea.

    4.    Mr. Varela understood the situation and requested that I file the instant motion.

    5.    Based upon the reason set forth above, it is not possible for me to continue to provide meaningful representation to ALVARO VARELA.

    6.    It would be in the interest of justice that this Court appoint new counsel for Defendant.

    7.    That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, December 7, 2006.

_____
WILLIAM M. DOMINGO
Attorney for Defendant
ALVARO VARELA

## **CERTIFICATE OF SERVICE**

I, WILLIAM M. DOMINGO, hereby certify that a true and exact copy of the foregoing document was electronically delivered to the following on December 7, 2006:

CLARE CONNORS
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, December 7, 2006.

/s/ William M. Domingo
WILLIAM M. DOMINGO
Attorney for Defendant
ALVARO VARELA