# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00221SOM

CASE NAME:        USA v. Alvaro Varela

ATTYS FOR PLA:    Lawrence L. Tong

ATTYS FOR DEFT:   William M. Domingo

INTERPRETER:

---

JUDGE:    Barry M. Kurren        REPORTER:    C6F

DATE:     12/11/2006             TIME:        11:56 - 11:59

---

COURT ACTION:  EP: [45] Motion to Withdraw as Attorney and Have Substitute
Counsel Appointed - deft present in custody.  Motion GRANTED.  Domingo to prepare
order.

EO:  Jeffrey Arakaki appointed as new CJA counsel.

Submitted by Richlyn Young, Courtroom Manager