ORIGINAL

THE LAW OFFICE OF WILLIAM M. DOMINGO
WILLIAM M. DOMINGO  #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
ALVARO VARELA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2006

at /2 o'clock and 50 min P M
SUE BEITIA, CLERK

LODGED
DEC 1 2 2006
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00221SOM |
| Plaintiff, | ) ORDER GRANTING MOTION FOR |
| | ) WITHDRAWAL AND |
| vs. | ) SUBSTITUTION OF COUNSEL |
| ALVARO VARELA, | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION FOR
### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On December 11, 2006, a hearing on the Motion To Withdraw As

Counsel And Appointment of New Counsel was heard by The Honorable Barry M.

Kurren. The defendant was present along with counsel William M. Domingo, also present Assistant United States Attorney Lawrence L. Tong for the government. The Court having considered the files and records in this case and having heard arguments of counsel; and

GOOD CAUSE APPEARING, therefore, counsel's motion to withdraw is hereby granted and Jeffrey Arakaki, Esq. will be appointed in the instant matter for all proceedings hereafter.

IT IS SO ORDERED:

DATED: Honolulu, Hawaii, 12-12-2006.

_____
The Honorable BARRY M. KURREN
United States Magistrate Judge
District of Hawaii


UNITED STATES v. ALVARO VARELA
CR. NO. 05-00221SOM
ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL