CORRESPONDENCE

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850

CHAMBERS OF
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FAX (808) 541-1724
susan_mollway@hid.uscourts.gov

## TRANSMITTAL MEMORANDUM

DATE: May 2, 2007

TO:
Mr. Jeffrey T. Arakaki
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813

FROM:
Joni Gross, secretary to
The Honorable Susan Oki Mollway
United States District Court
for the District of Hawaii
300 Ala Moana Boulevard, #C-409
Honolulu, HI 96850

RE:   United States of America v. Alvaro Varela; Cr. 05-00221 SOM

We are sending you the following:

| Original | Copies | Dated | Description |
|---|---|---|---|
|  | 1 | 04/15/07 | Character reference letter from Aaron Drews to Judge Mollway |

(X) For your information
( ) For your files
( ) Per your request
( ) Per our conversation
( ) For necessary action

( ) For signature and return
( ) For signature, forwarding as noted below and return
( ) For review and comment
( ) For distribution

REMARKS:

A copy of this letter was faxed to Larry Tong and the U.S. Probation Office this morning.