# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00221SOM |
| CASE NAME: | USA vs. Alvaro Varela |
| ATTYS FOR PLA: | Clare Connors for Lawrence Tong |
| | Paul Akeo, Jr. |
| ATTYS FOR DEFT: | Jeffrey Arakaki |
| | Neil Tsukayama (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 5/7/2007 | TIME: | 2:15 - 3:10 |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment -

Defendant Alvaro Varela present and in custody.

Court adopts the PSR and the USPO's recommendation, and they are placed under seal.

The Memorandum of Plea Agreement is accepted by the Court.

Government requests that an exhibit containing 2 images be admitted - no position by the Defendant - Granted.  (This CD is kept in the Clerk's Office vault).

Court informs the parties that it is not inclined to give a guideline sentence based on the record today.

Discussion held re: whether or not a doctor should be obtained in order to give the Court more information - parties request that this hearing go forward.

Allocution by Defendant.

Mercedes Cole and David Vilanti addressed the Court.

ADJUDGED:

Imprisonment: 46 Months.

Supervised Release: 3 Years.

Special Assessment: $100.00.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

> That the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

▸ That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

▸ That the defendant submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

▸ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or

    evidence of a violation of a condition of supervision. The defendant shall also submit to periodic unannounced examinations of his computer and computer accessories as well as provide access to his internet service provider account records, as directed by the Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

> That the defendant may change his residence only with the advance approval of the Probation Office.

- The defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include polygraph, and other types of testing, as approved by the Probation Office.

- The defendant shall not have any type of contact (including written materials, communication devices, audio and visual devices, visits, or through a third party), with children under the age of 18 or victim(s), except in the presence of an adult who is aware of the nature of the defendant's offense and who has been approved by the Probation office.

- The defendant shall not view, purchase, possess or distribute any form of child pornography depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(8), unless approved for treatment purposes, or frequent any place where such material is available.

- The defendant shall not view, purchase, possess or distribute any form of pornography depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2), unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.

- That the defendant is prohibited from the possession and use of alcohol.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATIONS: 1) Terminal Island; 2) Mental Health Treatment; 3) Medical Treatment;

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.