ORIGINAL

JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop Street, Ste. 1604
Honolulu, Hawaii 96813
(808) 531-5517
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00221 SOM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DEFENDANT ALVARO |
| | ) | VARELA'S NOTICE OF |
| vs. | ) | WAIVER OF RIGHT TO |
| | ) | APPEAL ORDER DENYING |
| | ) | MOTION TO SUPPRESS; |
| ALVARO VARELA, | ) | EXHIBIT A; CERTIFICATE |
| | ) | OF SERVICE |
| Defendant. | ) | |

DEFENDANT ALVARO VARELA'S NOTICE OF WAIVER OF RIGHT
TO APPEAL ORDER DENYING MOTION TO SUPPRESS

COMES NOW the defendant, Alvaro Varela, by and through his court-appointed counsel, Jeffrey Arakaki, and hereby gives notice that he waives his right to appeal the Order Denying Defendant's Motion To Suppress filed on November 23, 2005, which was preserved in paragraph 4 of the relevant plea agreement in the instant case.

See letter of May 16, 2007, by Mr. Varela attached as Exhibit A.

Dated: Honolulu, Hawaii, June 1, 2007.

_____
JEFFREY ARAKAKI
ATTORNEY FOR DEFENDANT
ALVARO VARELA

_____
ALVARO VARELA
DEFENDANT

United States v. Alvaro Varela; CR NO 05-00221 SOM; "DEFENDANT ALVARO VARELA'S WAIVER OF RIGHT TO APPEAL ORDER DENYING MOTION TO SUPPRESS"