May 16, 2007

This is to notify the court of my intent to not file an appeal.

I believe the court was very fair in determining my sentence on May 7, 2007 before Judge Mollway. I see no benefit in appealing any aspects of my case even though my plea agreement allows me to appeal certain aspects of my case.

This is a knowing and intelligent waiver of my rights, after talking with Mr. Arakaki at length regarding the facts of the case and the seizure of evidence.

Sincerely,

[signature]