<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing

Document will be served by hand delivery or mailed first class to the

following:

> LAWRENCE TONG, ESQ.
> Assistant United States Attorney
> Rm. 6-100, 300 Ala Moana Blvd.
> Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, _June        6 9th_, 2007.

_____
JEFFREY ARAKAKI