

U. S. Department of Justice   CORRESPONDENCE

Federal Bureau of Prisons

*Federal Detention Center*

---

Office of the Warden

P.O. Box 30547
Honolulu, HI 96820

June 8, 2007

The Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

JUN 1 2 2007

RE: Varela, Alvaro H.
    Reg. No. 95435-022
    DOC. NO. 1:05CR00221-001

Dear Judge Mollway:

Thank you for your recommendation concerning Alvaro H. Varela, an inmate currently confined at the Federal Detention Center in Honolulu, Hawaii (FDC Honolulu). On the Judgement and Commitment Order, you recommend that he be designated to FCI Terminal Island, California, participate in mental health treatment and receive medical treatment.

Inmate Valera was designated to FDC Honolulu to serve the remainder of his 46-month sentence for Possession of Child Pornography. He has a Projected Release Date of November 26, 2009. It has been determined that inmate Valera is appropriately designated to FDC Honolulu, Hawaii, for the service of his sentence. He will be regularly reviewed by his Unit Team in order to determine if a transfer to another institution is warranted. In addition, during inmate Valera's initial classification, the unit team will advise him of your recommendations. Psychology Department staff will be present to review any mental health concerns and will establish mental health counseling. Finally, upon arrival at FDC Honolulu, Hawaii, inmate Valera will be interviewed and examined by Health Services staff. All his medical treatment needs will be addressed and follow-up appointments with our Clinical Director will be scheduled. Medical treatment is continuously available to inmate Valera through sick call and pill line procedures. If a change to his medical status should come about, inmate Valera will have the opportunity to address his needs with Health Service Staff.

We appreciate the Court's recommendation and will be pleased to discuss this matter with you, should you desire. Please feel free to contact me at 838-4370.

Sincerely,

John T. Rathman
Warden